# Notice Recipients

District/Off: 0207−1            User: dcapers            Date Created: 10/2/2012

Case: 1−12−44625−jf           Form ID: 262             Total: 31

**Recipients of Notice of Electronic Filing:**

tr      Richard E. O'Connell      macrhi@verizon.net
aty     Kevin B Zazzera           kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Michael D Caruso        348 Cleveland Avenue        Staten Island, NY 10308
jdb      Rosemarie Caruso        348 Cleveland Avenue        Staten Island, NY 10308
smg      NYS Department of Taxation &Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg      NYC Department of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs − Devora
         Cohn        Brooklyn, NY 11201
smg      NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg      United States Trustee        Office of the United States Trustee        271 Cadman Plaza East        Brooklyn, NY
         11201
7721269  AAA FINANCIAL SERVICES        P.O. Box 15019        Wilmington, DE 19886−5019
7721272  ATTMobility        P.O. Box 537104        Atlanta, GA 30353−7104
7721273  ATTUNIVERSAL CARD        P.O. BOX 6500        SIOUX FALLS, SD 57117−6500
7721270  American Express        P.O. Box 981535        El Paso, TX 79998−1535
7721271  Anthem UM Services, Inc.        P.O. Box 1407, Church Street Station        New York, NY 10008−1407
7721274  Chase        P.O. Box 15298        Wilmington, DE 19850−5298
7721275  Citi Cards        P.O. Box 6500        Sioux Falls, SD 57117
7721276  FantaSea Resorts        C/O Flagship Condo        60 North Maine Avenue        Atlantic City, NJ 08401
7768097  GE Capital Retail Bank        c/o Recovery Management Systems Corp.        25 S.E. 2nd Avenue, Suite
         1120        Miami, FL 33131−1605
7721277  Great Lakes        P.O. Box 530229        Atlanta, GA 30353−0229
7721279  HSBC CARD SERVICES        P.O. Box 37281        Baltimore, MD 21297−3281
7721278  Home Depot Credit Services        P.O. Box 790328        St. Louis, MO 63179
7721281  MCS Claim Services, Inc.        123 Frost Street, Suite 150        Westbury, NY 11590−5027
7721280  Mathews, Nichols And Associates, LLC        P.O. Box 1705        Staten Island, NY 10313
7721283  SI Podiatry        1855 Richmond Avenue        Staten Island, NY 10314
7721282  SallieMae        P.O. Box 9500        Wilkes Barre, PA 18773−9500
7738968  Staten Island University Hospital        1 Edgewater Plaza        6th Floor Patient Accounts        Staten Island NY
         10305
7721284  Staten Island University Hospital        475 Seaview Avenue        Staten Island, NY 10305−3498
7721285  University Physicians Group        P.O. Box 50089        Staten Island, NY 10305
7721286  Vacation Village At Parkway        P.O. Box 405947        Atlanta, GA 30384−5947
7792708  Wells Fargo Bank, N.A.        c/o Berkman, Henoch, Peterson,        Peddy &Fenchel, P.C.        100 Garden City
         Plaza        Garden City, New York 11530
7721287  Wells Fargo Home Mortgage        P.O. Box 10335        Des Moines, IA 50306
7786538  Wells Fargo Home Mortgage, Inc.        c/o Berkman, Henoch, Peterson,        Peddy &Fenchel, P.C.        100
         Garden City Plaza        Garden City, New York 11530

TOTAL: 29